AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANGELA R. BARNES

Plaintiff,

v.

THE MAYOR AND ALDERMAN OF THE CITY OF SAVANNAH,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 419-048

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated November 19, 2020, Defendant's motion for summary judgment is Granted in part and Dismissed in part. The City's motion is Granted on Plaintiff's race discrimination and retaliation claims, but Plaintiff's claim under the Georgia Whistleblower Act is dismissed without prejudice. This case stands closed.



November 19, 2020
*Date*

John E. Triplett, Acting Clerk
*Clerk*

*James R. Burrell*
*(By) Deputy Clerk*

GAS Rev 10/2020